| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Triumph Energy I, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  27-3489720

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4501 Irvington Avenue** **Jacksonville, FL 32210** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Duval** County | Location of principal assets, if different from principal place of business  Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Triumph Energy I, LLC**          Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Triumph Energy I, LLC**                              Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
             Contact name       _____
             Phone              _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Triumph Energy I, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 18, 2018**
              MM / DD / YYYY

X **/s/ Shannon L. Terry**                                **Shannon L. Terry**
Signature of authorized representative of debtor          Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Kevin B. Paysinger**                              Date **December 18, 2018**
Signature of attorney for debtor                          MM / DD / YYYY

**Kevin B. Paysinger 0056742**
Printed name

**Lansing Roy, PA**
Firm name

**1710 Shadowood Ln Ste 210**
**Jacksonville, FL 32207-2184**
Number, Street, City, State & ZIP Code

Contact phone  **904-391-0030**       Email address  **information@lansingroy.com**

**0056742 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Triumph Energy I, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARCHROCK PART. OPERATING, LLC 16666 Northchase Drive Houston, TX 77060 | | MAIN PASS 35 | Disputed | $464,476.90 | Unknown | Unknown |
| BROAD POINT ENERGY, LLC 1433 Jane Street New Iberia, LA 70563 | | JUDGMENT | Disputed | | | $32,509.01 |
| DOUBLE H MARINE, LLC PO BOX 60396 Lafayette, LA 70596 | | MAIN PASS 26 & 35 | Disputed | $82,971.25 | Unknown | Unknown |
| EXTERRAN ENERGY SOLUTIONS LP 16666 NORTHCHASE DR. Houston, TX 77060 | | MAIN PASS 35 | Disputed | $27,226.80 | Unknown | Unknown |
| GRRRRRRRRR COLLECTION SERVICES, LLC PO BOX 1285 Charlottesville, VA 22902 | | ASSIGNMENT OF JUDGMENT HELD BY TOTAL WIRELINE SERVICES, INC. PLAQUEMINES PARRISH CASE NO.: 00063519 | | $150,000.00 | $0.00 | $150,000.00 |
| HERC RENTALS, INC 27500 Riverview Center Blvd. Bonita Springs, FL 34134 | | DISPUTED LIABILITY | Disputed | | | $124,398.92 |

Debtor **Triumph Energy I, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service**<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 | | **PAYROLL TAXES** | **Disputed** | | | **Unknown** |
| **IRA D. WESTERFIELD**<br>c/o BALLAY, BRAUD & COLON<br>8114 HWY. 23, SUITE 101<br>Belle Chasse, LA 70037 | | **MAIN PASS 26, 32 & 35** | | **$219,378.20** | **Unknown** | **Unknown** |
| **LOUISIANA DEPT OF REVENUE**<br>PO BOX 201<br>Baton Rouge, LA 70821-0201 | | **TAX LIENS** | **Disputed** | | | **Unknown** |
| **SADS, INC. C/OACCUWRITE BUSINESS GP., INC**<br>165 WELLS ROAD SUITE 304<br>Orange Park, FL 32073 | | **16 SOUTHERN AVE., PITTSBURG, PA 15211, MAIN PASS 35, MAIN PASS 32, PLEDGED AS COLLATERAL FOR SADS LOAN RECORDSSHOW OWNED BY SCOTT AND LAURI WROBLEWSK** | | **$168,935.75** | **Unknown** | **Unknown** |
| **SUPERIOR NATURAL GAS CORP.**<br>1100 LOUISIANA ST. SUITE 350<br>Houston, TX 77002 | | **DISPUTED DEBT** | **Disputed** | | | **$5,183.90** |
| **SWAN ENERGY**<br>1235 North Loop W. Suite 500<br>Houston, TX 77008 | | **LAWSUIT** | **Disputed** | | | **$0.00** |
| **TIDAL DIVING, LLC**<br>110 Horseshoe Road<br>Belle Chasse, LA 70037 | | **MAIN PASS 35** | **Disputed** | **$46,526.40** | **Unknown** | **Unknown** |

Debtor   **Triumph Energy I, LLC**　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US DEPT. HOMELAND SECURITY US COAST GUARD STOP 7605 2703 MARTIN LUTHER KING JR AVE. SE Washington, DC 20593** | | **DISPUTED LIABILITY FOR POLLUTION** | **Disputed** | | | $529,047.88 |

TRIUMPH ENERGY I, LLC
4501 IRVINGTON AVENUE
JACKSONVILLE FL 32210

HERC RENTALS, INC
27500 RIVERVIEW CENTER BLVD.
BONITA SPRINGS FL 34134

SWAN ENERGY
1235 NORTH LOOP W.
SUITE 500
HOUSTON TX 77008

KEVIN B. PAYSINGER
LANSING ROY, PA
1710 SHADOWOOD LN STE 210
JACKSONVILLE, FL 32207-2184

HERTZ EQUIPMENT RENTAL
PO BOX 26390
OKLAHOMA CITY OK 73126

TIDAL DIVING, LLC
110 HORSESHOE ROAD
BELLE CHASSE LA 70037

ADAMS & REESE LLP
701 POYDRAS STREET
SUITE 4500
NEW ORLEANS LA 70139

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

UNITED STATES ATTORNEY
300 NORTH HOGAN ST SUITE 70
JACKSONVILLE FL 32202-4204

ARCHROCK PART. OPERATING, LLC
16666 NORTHCHASE DRIVE
HOUSTON TX 77060

IRA D. WESTERFIELD
C/O BALLAY, BRAUD & COLON
8114 HWY. 23, SUITE 101
BELLE CHASSE LA 70037

US DEPT. HOMELAND SECURITY
US COAST GUARD STOP 7605
2703 MARTIN LUTHER
KING JR AVE. SE
WASHINGTON DC 20593

ATTORNEY GENERAL
OF THE UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

WALTERS LEVINE & LOZANO
ATTN: HEATHER A. DEGRAVE
601 BAYSHORE BLVD.
SUITE 720
TAMPA FL 33606

BABINEAUX, POCHE, ANTHONY &
SLAVICH, LLC
PO BOX 52169
LAFAYETTE LA 70505

MICHAEL V ARDON
ATTORNEY AT LAW, LLC
321 W. MAIN ST.
SUITE 1B
LAFAYETTE LA 70501

WELLS & CUELLAR
4400 LOUISIANA, SUITE 718
HOUSTON TX 77002

BROAD POINT ENERGY, LLC
1433 JANE STREET
NEW IBERIA LA 70563

POYDRAS ENERGY, LLC
1100 POYDRAS STREET
SUITE 1150
NEW ORLEANS LA 70163

DOUBLE H MARINE, LLC
PO BOX 60396
LAFAYETTE LA 70596

SADS, INC.
C/O ACCUWRITE BUSINESS GP., INC
165 WELLS ROAD
SUITE 304
ORANGE PARK FL 32073

EXTERRAN ENERGY SOLUTIONS LP
16666 NORTHCHASE DR.
HOUSTON TX 77060

STATE OF LOUISIANA
C/O LA STATE MINERAL BOARD
617 N 3RD ST #8
BATON ROUGE LA 70802

GRRRRRRRRR COLLECTION
SERVICES, LLC
PO BOX 1285
CHARLOTTESVILLE VA 22902

SUPERIOR NATURAL GAS CORP.
1100 LOUISIANA ST.
SUITE 350
HOUSTON TX 77002

# United States Bankruptcy Court
## Middle District of Florida

In re  **Triumph Energy I, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Triumph Energy I, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 18, 2018**  
Date

**/s/ Kevin B. Paysinger**  
**Kevin B. Paysinger 0056742**  
Signature of Attorney or Litigant  
Counsel for **Triumph Energy I, LLC**  
**Lansing Roy, PA**  
**1710 Shadowood Ln Ste 210**  
**Jacksonville, FL 32207-2184**  
**904-391-0030 Fax:904-391-0031**  
**information@lansingroy.com**